No. 88–6546. DURO v. REINA, CHIEF OF POLICE, SALT RIVER DEPARTMENT OF PUBLIC SAFETY, SALT RIVER PIMA-MARICOPA

INDIAN COMMUNITY, ET AL. C. A. 9th Cir. [Certiorari granted, 490 U. S. 1034.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.